UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PANGAN, NORY B § Case No. 15-15457
PANGAN, ANGELITO E §
§
Debtors §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/30/2015 . The undersigned trustee was appointed on 04/30/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 14,110.66 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 2,205.92 |
| Bank service fees | | 10.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 507.54 |
| Leaving a balance on hand of[1] | $ | 11,387.20 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/18/2015 and the deadline for filing governmental claims was 11/18/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,110.31 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,110.31 , for a total compensation of $ 2,110.31 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/03/2016              By: /s/Joseph A. Baldi
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 15-15457 | Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | PANGAN, NORY B | | Date Filed (f) or Converted (c): | 04/30/15 (f) |
| | PANGAN, ANGELITO E | | 341(a) Meeting Date: | 06/18/15 |
| For Period Ending: | 03/03/16 | | Claims Bar Date: | 11/18/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 4337 N. Lawndale Ave. Chicago, | 275,633.00 | 0.00 | | 0.00 | FA |
| 2. Petty Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account - Chase Bank | 157.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Used Household Goods | 800.00 | 0.00 | | 0.00 | FA |
| 5. Personal Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6. 2-3 pairs of gold earrings, wedding bands | 500.00 | 0.00 | | 0.00 | FA |
| 7. Term Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 9. Dividend with AT&T | 300.00 | 0.00 | | 0.00 | FA |
| 10. 2000 Toyota Camry LE V6 with approximately 137,000 | 3,050.00 | 0.00 | | 0.00 | FA |
| 11. 2007 Honda Civic with approximately 46,000 miles D | 3,100.00 | 0.00 | | 0.00 | FA |
| 12. Lot 772 Woodsmoke Ranch (u) | 0.00 | 14,000.00 | | 14,110.66 | FA |
| Moblie home and lot; sold per order 11/12/15 [dkt 30] | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $283,860.00 | $14,000.00 | | $14,110.66 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/31/16     Current Projected Date of Final Report (TFR): 01/31/16

LFORM1     UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                                           Ver: 19.05f

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 15-15457 -JSB | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | PANGAN, NORY B | | Bank Name: | Associated Bank |
| | PANGAN, ANGELITO E | | Account Number / CD #: | *******7493 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1095 | | | |
| For Period Ending: | 03/03/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/25/15 | | Baker, Patrick & Donna<br>c/o /atty M Mason RE Trust Acct<br>101 E. Bluff Drive<br>Marseilles, IL 61341 | Sale of WoodSmoke Lot & Trailer<br>Pursuant to Court order 11/12/15 [dkt 30] | | 11,405.47 | | 11,405.47 |
| | 12 | PATRICK & DONNA BAYER | Memo Amount: 14,000.00<br>sale proceeds: Lot 772 Woodsmoke | 1210-000 | | | |
| | | WOODSMOKE RANCH REALTY | Memo Amount: ( 1,120.00 )<br>Realtor Commission | 3510-000 | | | |
| | | M. MASON | Memo Amount: ( 275.00 )<br>Special Counsel Attorney Fees | 3210-000 | | | |
| | | ATTORNEY TITLE GUARANTY | Memo Amount: ( 318.00 )<br>Title company charges | 2500-000 | | | |
| | | WOODSMOKE RANCH | Memo Amount: ( 265.00 )<br>Inspection and Repair of Electrical | 2500-000 | | | |
| | | LASALLE COUNTY RECORDER | Memo Amount: ( 15.00 )<br>Transfer Tax and Stamps | 2500-000 | | | |
| | | NORY & ANGELITO PANGAN | Memo Amount: ( 507.54 )<br>Reimbursement Association Dues<br>Funds reimbursed to Debtors for post-petition<br>association dues paid | 8200-000 | | | |
| | | PATRICK & DONNA BAYER | Memo Amount: 110.66<br>Credit for Assoc. Dues | 1290-000 | | | |
| | | LASALLE COUNTY TREASURER | Memo Amount: ( 204.65 )<br>Real Estate tax | 2500-000 | | | |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,395.47 |
| 02/15/16 | 001001 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Bond Premium Payment<br>2016 Bond Premium Payment | 2300-000 | | 8.27 | 11,387.20 |

Page Subtotals 11,405.47 18.27

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 15-15457 -JSB | |
| Case Name: | PANGAN, NORY B | |
| | PANGAN, ANGELITO E | |
| Taxpayer ID No: | *******1095 | |
| For Period Ending: | 03/03/16 | |

| | | |
|---|---|---|
| Trustee Name: | Joseph A. Baldi | |
| Bank Name: | Associated Bank | |
| Account Number / CD #: | *******7493  Checking Account (Non-Interest Earn | |
| | | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 14,110.66 | COLUMN TOTALS | | 11,405.47 | 18.27 | 11,387.20 |
| | Memo Allocation Disbursements: | 2,705.19 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 11,405.47 | 18.27 | |
| | Memo Allocation Net: | 11,405.47 | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 11,405.47 | 18.27 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 14,110.66 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 2,705.19 | Checking Account (Non-Interest Earn - *******7493 | | 11,405.47 | 18.27 | 11,387.20 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | Total Memo Allocation Net: | 11,405.47 | | | 11,405.47 | 18.27 | 11,387.20 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS CLAIMS REGISTER | | | | Date: March 03, 2016 |
|---|---|---|---|---|---|---|

Case Number:   15-15457                                      Claim Class Sequence
Debtor Name:   PANGAN, NORY B

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois  60602 | Administrative | | $2,110.31 | $0.00 | $2,110.31 |
| 001<br>3120-00 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Administrative | | $531.29 | $0.00 | $531.29 |
| 001<br>3110-00 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Administrative | | $5,000.00 | $0.00 | $5,000.00 |
| 001<br>3410-00 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il  60601-2207 | Administrative | | $841.50 | $0.00 | $841.50 |
| BOND<br>001<br>2300-00 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101<br>New York, NY  10017 | Administrative | 2221657493   02/15/16   1001 | $8.27 | $8.27<br>8.27 | $0.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $8,948.81 | $0.00 | $8,948.81 |
| 000002<br>070<br>7100-00 | Discover Personal Loan<br>Attention: Bankruptcy<br>Po Box 30954<br>Salt Lake City, UT 84130 | Unsecured | | $18,355.96 | $0.00 | $18,355.96 |
| 000003<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $305.53 | $0.00 | $305.53 |
| 000004<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $8,192.30 | $0.00 | $8,192.30 |
| 000005<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $522.51 | $0.00 | $522.51 |
| 000006<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008 | Unsecured | | $5,509.00 | $0.00 | $5,509.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS CLAIMS REGISTER | | | Date: March 03, 2016 |

Case Number: 15-15457  
Debtor Name: PANGAN, NORY B

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Greenville, SC 29602 | | | | | |
| 000007 070 7100-00 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $71.98 | $0.00 | $71.98 |
| 000008 070 7100-00 | Cavalry SPV I, LLC c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Suite 200 Tucson, AZ 85712 | Unsecured | | $112.97 | $0.00 | $112.97 |
| 000009 070 7100-00 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | | $1,797.53 | $0.00 | $1,797.53 |
| 000010 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $1,782.19 | $0.00 | $1,782.19 |
| 000011 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $2,353.54 | $0.00 | $2,353.54 |
| | Case Totals: | | | $56,443.69 | $8.27 | $56,435.42 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-15457
Case Name: PANGAN, NORY B
　　　　　　　PANGAN, ANGELITO E
Trustee Name: Joseph A. Baldi

|  | Balance on hand | $ | 11,387.20 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 2,110.31 | $ 0.00 | $ 2,110.31 |
| Attorney for Trustee Fees: BALDI BERG | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| Attorney for Trustee Expenses: BALDI BERG | $ 531.29 | $ 0.00 | $ 531.29 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ 841.50 | $ 0.00 | $ 841.50 |
| Other: ARTHUR B. LEVINE COMPANY | $ 8.27 | $ 8.27 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ 8,483.10 |
| Remaining Balance | $ 2,904.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,952.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 8,948.81 | $ 0.00 | $ 541.96 |
| 000002 | Discover Personal Loan | $ 18,355.96 | $ 0.00 | $ 1,111.68 |
| 000003 | Quantum3 Group LLC as agent for | $ 305.53 | $ 0.00 | $ 18.50 |
| 000004 | Quantum3 Group LLC as agent for | $ 8,192.30 | $ 0.00 | $ 496.14 |
| 000005 | Quantum3 Group LLC as agent for | $ 522.51 | $ 0.00 | $ 31.65 |
| 000006 | PYOD, LLC its successors and assigns as | $ 5,509.00 | $ 0.00 | $ 333.64 |
| 000007 | Capital One, N.A. | $ 71.98 | $ 0.00 | $ 4.36 |
| 000008 | Cavalry SPV I, LLC | $ 112.97 | $ 0.00 | $ 6.84 |
| 000009 | Capital Recovery V, LLC | $ 1,797.53 | $ 0.00 | $ 108.86 |
| 000010 | American Express Centurion Bank | $ 1,782.19 | $ 0.00 | $ 107.93 |
| 000011 | American Express Centurion Bank | $ 2,353.54 | $ 0.00 | $ 142.54 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $    2,904.10 |
| Remaining Balance | $    0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE