# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                  §
                                        §
PANGAN, NORY B                          §    Case No. 15-15457
PANGAN, ANGELITO E                      §
                                        §
                                        §
_____Debtors_____§

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
        10:00 a.m., on Tuesday, April 12, 2016
        in Courtroom  615, U.S. Courthouse
        219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Date Mailed: _____        By: Jeffrey P. Allsteadt_____
                                                  Clerk of Bankruptcy Court


*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
PANGAN, NORY B § Case No. 15-15457
PANGAN, ANGELITO E §
 §
Debtors §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 14,110.66 |
| and approved disbursements of | $ | 2,723.46 |
| leaving a balance on hand of[1] | $ | 11,387.20 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi | $ 2,110.31 | $ 0.00 | $ 2,110.31 |
| Attorney for Trustee Fees: BALDI BERG | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| Attorney for Trustee Expenses: BALDI BERG | $ 531.29 | $ 0.00 | $ 531.29 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ 841.50 | $ 0.00 | $ 841.50 |
| Other: ARTHUR B. LEVINE COMPANY | $ 8.27 | $ 8.27 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 8,483.10 |
| Remaining Balance | | $ | 2,904.10 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,952.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 8,948.81 | $ 0.00 | $ 541.96 |
| 000002 | Discover Personal Loan | $ 18,355.96 | $ 0.00 | $ 1,111.68 |
| 000003 | Quantum3 Group LLC as agent for | $ 305.53 | $ 0.00 | $ 18.50 |
| 000004 | Quantum3 Group LLC as agent for | $ 8,192.30 | $ 0.00 | $ 496.14 |
| 000005 | Quantum3 Group LLC as agent for | $ 522.51 | $ 0.00 | $ 31.65 |
| 000006 | PYOD, LLC its successors and assigns as | $ 5,509.00 | $ 0.00 | $ 333.64 |
| 000007 | Capital One, N.A. | $ 71.98 | $ 0.00 | $ 4.36 |
| 000008 | Cavalry SPV I, LLC | $ 112.97 | $ 0.00 | $ 6.84 |
| 000009 | Capital Recovery V, LLC | $ 1,797.53 | $ 0.00 | $ 108.86 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | American Express Centurion Bank | $ 1,782.19 | $ 0.00 | $ 107.93 |
| 000011 | American Express Centurion Bank | $ 2,353.54 | $ 0.00 | $ 142.54 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 2,904.10 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____

Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 15-15457-JSB
Nory B Pangan                                                   Chapter 7
Angelito E Pangan
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cshabez            Page 1 of 2             Date Rcvd: Mar 25, 2016
                              Form ID: pdf006          Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2016.
db/jdb         +Nory B Pangan,    Angelito E Pangan,    4337 N. Lawndale Ave,    Chicago, IL 60618-1003
aty            +Baldi Berg, Ltd.,    20 N. Clark Street,    Suite 200,    Chicago,, IL 60602-4120
23238052       +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
23887142        American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
23238053       +Amex Dsnb,    Po Box 8218,    Mason, OH 45040-8218
23238056       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Citibank Sd, Na,     Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
23715126        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23238055       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
23238057       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
23238058       +Comenity Bank/Dress Barn,    Attention: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
23238059       +Comenity Capital Bank/HSN,    Attn: Bankruptcy,    Po Box 183043,    Columbus, OH 43218-3043
23238060       +Comenitybank/trwrdsv,    3100 Easton Square Pl,    Columbus, OH 43219-6232
23238063       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
23238067       +Swedish Covenant Hospital,    7426 Solufin Center,    Chicago, IL 60677-7004
23238068        Swedish Covenant Hospital,    SCH Lab. Physicians SC Dept 4353,    Carol Stream, IL 60122-4353
23238069        Walter Drake's,    PO Box 2862,    Monroe, WI 53566-8062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23860358        E-mail/PDF: rmscedi@recoverycorp.com Mar 26 2016 00:23:05     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
23720104       +E-mail/Text: bnc@bass-associates.com Mar 26 2016 00:30:19     Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,    Tucson, AZ 85712-1083
23628626        E-mail/Text: mrdiscen@discover.com Mar 26 2016 00:30:20     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
23238061       +E-mail/Text: mrdiscen@discover.com Mar 26 2016 00:30:20     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
23238062       +E-mail/Text: dplbk@discover.com Mar 26 2016 00:32:10     Discover Personal Loan,
                 Attention: Bankruptcy,    Po Box 30954,    Salt Lake City, UT 84130-0954
23238064        E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2016 00:22:56     GECRB/Old Navy,
                 Attn: Bankruptcy,    Po Box 130104,    Roswell, GA 30076
23238065       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 26 2016 00:30:32     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
23238066       +Fax: 407-737-5634 Mar 26 2016 01:12:22     Ocwen Loan Servicing L,
                 1661 Worthington Rd Suite 100,    West Palm Beach, FL 33409-6493
23694211       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 26 2016 00:50:51
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
23635656        E-mail/Text: bnc-quantum@quantum3group.com Mar 26 2016 00:31:06
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA   98083-0788
23635655        E-mail/Text: bnc-quantum@quantum3group.com Mar 26 2016 00:31:06
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA   98083-0788
                                                                                                TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23238054       Cap1/mnrds
23895737*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1         User: cshabez              Page 2 of 2              Date Rcvd: Mar 25, 2016
                             Form ID: pdf006            Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2016 at the address(es) listed below:

```
          Elyssa M Pavone    on behalf of Debtor 2 Angelito E Pangan notice@billbusters.com,
           elyssa.pavone987@gmail.com;billbusters@iamthewolf.com;borgeslawoffices@gmail.com;billbusters@ecf.
           inforuptcy.com
          Elyssa M Pavone    on behalf of Debtor 1 Nory B Pangan notice@billbusters.com,
           elyssa.pavone987@gmail.com;billbusters@iamthewolf.com;borgeslawoffices@gmail.com;billbusters@ecf.
           inforuptcy.com
          Ernesto D Borges    on behalf of Debtor 2 Angelito E Pangan notice@billbusters.com,
           billbusters@iamthewolf.com;billbusters@ecf.inforuptcy.com
          Ernesto D Borges    on behalf of Debtor 1 Nory B Pangan notice@billbusters.com,
           billbusters@iamthewolf.com;billbusters@ecf.inforuptcy.com
          Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr    on behalf of Accountant   Popowcer Katten Ltd jabaldi@baldiberg.com,
           jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Julia D Loper    on behalf of Trustee Joseph A Baldi, Tr jloper@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 10
```