UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PANGAN, NORY B § Case No. 15-15457
PANGAN, ANGELITO E §
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 245,633.00 *(Without deducting any secured claims)* | Assets Exempt: 38,227.00 |
| Total Distributions to Claimants: 2,904.10 | Claims Discharged Without Payment: 54,121.10 |
| Total Expenses of Administration: 10,699.02 | |

3) Total gross receipts of $ 14,110.66 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 507.54 (see **Exhibit 2**), yielded net receipts of $ 13,603.12 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 225,526.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,699.02 | 10,699.02 | 10,699.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 56,241.88 | 47,952.32 | 47,952.32 | 2,904.10 |
| **TOTAL DISBURSEMENTS** | $ 281,767.88 | $ 58,651.34 | $ 58,651.34 | $ 13,603.12 |

4) This case was originally filed under chapter 7 on 04/30/2015 . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/02/2016          By:/s/Joseph A. Baldi
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lot 772 Woodsmoke Ranch | 1210-000 | 14,000.00 |
| Other Receipts | 1290-000 | 110.66 |
| **TOTAL GROSS RECEIPTS** | | **$ 14,110.66** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Nory & Angelito Pangan | Non-Estate Funds Paid to Debtors | 8500-000 | 507.54 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 507.54** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen Loan Servicing L 1661 Worthington Rd Suite 100 West Palm Beach, FL 33409 | | 225,526.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 225,526.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 2,110.31 | 2,110.31 | 2,110.31 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 8.27 | 8.27 | 8.27 |
| ATTORNEY TITLE GUARANTY | 2500-000 | NA | 318.00 | 318.00 | 318.00 |
| LASALLE COUNTY RECORDER | 2500-000 | NA | 15.00 | 15.00 | 15.00 |
| LASALLE COUNTY TREASURER | 2500-000 | NA | 204.65 | 204.65 | 204.65 |
| WOODSMOKE RANCH | 2500-000 | NA | 265.00 | 265.00 | 265.00 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| BALDI BERG | 3110-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| BALDI BERG | 3120-000 | NA | 531.29 | 531.29 | 531.29 |
| M. MASON | 3210-000 | NA | 275.00 | 275.00 | 275.00 |
| POPOWCER KATTEN, LTD | 3410-000 | NA | 841.50 | 841.50 | 841.50 |
| WOODSMOKE RANCH REALTY | 3510-000 | NA | 1,120.00 | 1,120.00 | 1,120.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,699.02 | $ 10,699.02 | $ 10,699.02 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Dsnb Po Box 8218 Mason, OH 45040 | | 201.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 6,798.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank/The Home Depot Citicorp Credit Srvs/Centralized Bankrup Po Box 790040 Saint Louis, MO 63179 | | 612.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 519.48 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 45.00 | NA | NA | 0.00 |
| | Swedish Covenant Hospital 7426 Solufin Center Chicago, IL 60677 | | 586.94 | NA | NA | 0.00 |
| | Swedish Covenant Hospital SCH Lab. Physicians SC Dept 4353 Carol Stream, IL 60122-4353 | | 152.00 | NA | NA | 0.00 |
| | Walter Drake's PO Box 2862 Monroe, WI 53566-8062 | | 158.46 | NA | NA | 0.00 |
| 000010 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 1,782.00 | 1,782.19 | 1,782.19 | 107.93 |
| 000011 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 2,353.00 | 2,353.54 | 2,353.54 | 142.54 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CAPITAL ONE, N.A. | 7100-000 | NA | 71.98 | 71.98 | 4.36 |
| 000009 | CAPITAL RECOVERY V, LLC | 7100-000 | 1,736.00 | 1,797.53 | 1,797.53 | 108.86 |
| 000008 | CAVALRY SPV I, LLC | 7100-000 | 112.00 | 112.97 | 112.97 | 6.84 |
| 000001 | DISCOVER BANK | 7100-000 | 8,951.00 | 8,948.81 | 8,948.81 | 541.96 |
| 000002 | DISCOVER PERSONAL LOAN | 7100-000 | 17,991.00 | 18,355.96 | 18,355.96 | 1,111.68 |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 5,509.00 | 5,509.00 | 5,509.00 | 333.64 |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 235.00 | 305.53 | 305.53 | 18.50 |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 8,013.00 | 8,192.30 | 8,192.30 | 496.14 |
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 487.00 | 522.51 | 522.51 | 31.65 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 56,241.88 | $ 47,952.32 | $ 47,952.32 | $ 2,904.10 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-15457 | Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | PANGAN, NORY B | | Date Filed (f) or Converted (c): | 04/30/15 (f) |
| | PANGAN, ANGELITO E | | 341(a) Meeting Date: | 06/18/15 |
| For Period Ending: | 05/02/16 | | Claims Bar Date: | 11/18/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 4337 N. Lawndale Ave. Chicago, | 275,633.00 | 0.00 | | 0.00 | FA |
| 2. Petty Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account - Chase Bank | 157.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Used Household Goods | 800.00 | 0.00 | | 0.00 | FA |
| 5. Personal Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6. 2-3 pairs of gold earrings, wedding bands | 500.00 | 0.00 | | 0.00 | FA |
| 7. Term Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 9. Dividend with AT&T | 300.00 | 0.00 | | 0.00 | FA |
| 10. 2000 Toyota Camry LE V6 with approximately 137,000 | 3,050.00 | 0.00 | | 0.00 | FA |
| 11. 2007 Honda Civic with approximately 46,000 miles D | 3,100.00 | 0.00 | | 0.00 | FA |
| 12. Lot 772 Woodsmoke Ranch (u) | 0.00 | 14,000.00 | | 14,110.66 | FA |
| Moblie home and lot; sold per order 11/12/15 [dkt 30] | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $283,860.00 | $14,000.00 | | $14,110.66 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 09, 2016, 04:30 pm Recovered title to trailer in Woodsmoke Ranch from debtor's childen.  Listed for sale and sold, received proceeds of sale.  Report of sale filed with court.

Final report prepared and filed with UST 3/3/16

LFORM1

Ver: 19.06

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: 15-15457 Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
| Case Name: PANGAN, NORY B | Date Filed (f) or Converted (c): | 04/30/15 (f) |
| PANGAN, ANGELITO E | 341(a) Meeting Date: | 06/18/15 |
| | Claims Bar Date: | 11/18/15 |

Initial Projected Date of Final Report (TFR): 01/31/16   Current Projected Date of Final Report (TFR): 01/31/16

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-15457 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | PANGAN, NORY B | Bank Name: | Associated Bank |
| | PANGAN, ANGELITO E | Account Number / CD #: | *******7493 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1095 | | |
| For Period Ending: | 05/02/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Note: column 7 (Account / CD Balance) appears to the right of column 6.

| Transaction Date | Check or Ref | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/25/15 | | Baker, Patrick & Donna c/o /atty M Mason RE Trust Acct 101 E. Bluff Drive Marseilles, IL 61341 | Sale of WoodSmoke Lot & Trailer Pursuant to Court order 11/12/15 [dkt 30] | | 11,405.47 | | 11,405.47 |
| | 12 | PATRICK & DONNA BAYER | Memo Amount:    14,000.00  sale proceeds: Lot 772 Woodsmoke | 1210-000 | | | |
| | | WOODSMOKE RANCH REALTY | Memo Amount:  (  1,120.00 )  Realtor Commission | 3510-000 | | | |
| | | M. MASON | Memo Amount:  (    275.00 )  Special Counsel Attorney Fees | 3210-000 | | | |
| | | ATTORNEY TITLE GUARANTY | Memo Amount:  (    318.00 )  Title company charges | 2500-000 | | | |
| | | WOODSMOKE RANCH | Memo Amount:  (    265.00 )  Inspection and Repair of Electrical | 2500-000 | | | |
| | | LASALLE COUNTY RECORDER | Memo Amount:  (     15.00 )  Transfer Tax and Stamps | 2500-000 | | | |
| | | NORY & ANGELITO PANGAN | Memo Amount:  (    507.54 )  Reimbursement Association Dues  Funds reimbursed to Debtors for post-petition association dues paid | 8500-000 | | | |
| | | PATRICK & DONNA BAYER | Memo Amount:     110.66  Credit for Assoc. Dues | 1290-000 | | | |
| | | LASALLE COUNTY TREASURER | Memo Amount:  (    204.65 )  Real Estate tax | 2500-000 | | | |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,395.47 |
| 02/15/16 | 001001 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York, NY  10017 | Bond Premium Payment 2016 Bond Premium Payment | 2300-000 | | 8.27 | 11,387.20 |

Page Subtotals        11,405.47        18.27

Ver: 19.06

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-15457 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | PANGAN, NORY B | Bank Name: | Associated Bank |
| | PANGAN, ANGELITO E | Account Number / CD #: | *******7493 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1095 | | |
| For Period Ending: | 05/02/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/13/16 | 001002 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Trustee Compensation | 2100-000 | | 2,110.31 | 9,276.89 |
| 04/13/16 | 001003 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 5,000.00 | 4,276.89 |
| 04/13/16 | 001004 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 531.29 | 3,745.60 |
| 04/13/16 | 001005 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Accountant for Trustee Fees (Other | 3410-000 | | 841.50 | 2,904.10 |
| 04/13/16 | 001006 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 6.05622% | 7100-000 | | 541.96 | 2,362.14 |
| 04/13/16 | 001007 | Discover Personal Loan<br>Attention: Bankruptcy<br>Po Box 30954<br>Salt Lake City, UT 84130 | Claim 000002, Payment 6.05623% | 7100-000 | | 1,111.68 | 1,250.46 |
| 04/13/16 | 001008 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000003, Payment 6.05505% | 7100-000 | | 18.50 | 1,231.96 |
| 04/13/16 | 001009 | Quantum3 Group LLC as agent for<br>Comenity Bank | Claim 000004, Payment 6.05617% | 7100-000 | | 496.14 | 735.82 |

Page Subtotals      0.00      10,651.38

Ver: 19.06

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-15457 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | PANGAN, NORY B | Bank Name: | Associated Bank |
| | PANGAN, ANGELITO E | Account Number / CD #: | *******7493 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1095 | | |
| For Period Ending: | 05/02/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/13/16 | 001010 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000005, Payment 6.05730% | 7100-000 | | 31.65 | 704.17 |
| 04/13/16 | 001011 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000006, Payment 6.05627% | 7100-000 | | 333.64 | 370.53 |
| 04/13/16 | 001012 | U.S. Bankruptcy Court<br>219 S. Dearborn, 7th Floor<br>Chicago, Illinois 60604 | Claim 000007, Payment 6.05724%<br>Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 7100-000 | | 4.36 | 366.17 |
| 04/13/16 | 001013 | Cavalry SPV I, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712 | Claim 000008, Payment 6.05470% | 7100-000 | | 6.84 | 359.33 |
| 04/13/16 | 001014 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000009, Payment 6.05609% | 7100-000 | | 108.86 | 250.47 |
| 04/13/16 | 001015 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 6.05603% | 7100-000 | | 107.93 | 142.54 |
| 04/13/16 | 001016 | American Express Centurion Bank | Claim 000011, Payment 6.05641% | 7100-000 | | 142.54 | 0.00 |

Page Subtotals 0.00 735.82

Ver: 19.06

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-15457 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | PANGAN, NORY B | Bank Name: | Associated Bank |
| | PANGAN, ANGELITO E | Account Number / CD #: | *******7493 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1095 | | |
| For Period Ending: | 05/02/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 14,110.66 | COLUMN TOTALS | 11,405.47 | 11,405.47 | 0.00 |
| Memo Allocation Disbursements: | 2,705.19 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 11,405.47 | 11,405.47 | |
| Memo Allocation Net: | 11,405.47 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 11,405.47 | 11,405.47 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 14,110.66 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 2,705.19 | Checking Account (Non-Interest Earn - ********7493 | 11,405.47 | 11,405.47 | 0.00 |
| Total Memo Allocation Net: | 11,405.47 | | 11,405.47 | 11,405.47 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 19.06

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 13)